BUCHALTER NEMER
A Professional Corporation
    David C. Powell (SBN: 129781)
    Richard C. Darwin (SBN: 161245)
333 Market Street, 25th Floor
San Francisco, CA 94105-2130
Telephone: (415) 227-0900 / Facsimile: (415) 227-0770

Attorneys for Plaintiff
TIBCO SOFTWARE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBCO SOFTWARE INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>TIBCO INDUSTRIAL, INC., a corporation of unknown origin,<br><br>    Defendant. | CASE NO. C 05-02084 WDB<br><br>**ORDER TAKING CASE MANAGEMENT CONFERENCE OFF CALENDAR** |

The Court, having considered the request of plaintiff Tibco Software, Inc. to take the case management conference set for September 29, 2005 off calendar, and finding that good cause appears for the request, hereby orders as follows:

The case management conference scheduled for September 29, 2005 is hereby taken off calendar, and shall remain off calendar until further notice. Plaintiff Tibco Software is also hereby relieved of the requirement of filing an Initial Case Management Conference Statement.

**IT IS SO ORDERED.**

Dated: September 15, 2005.

_____
Magistrate Judge Wayne D. Brazil

BNFY 664679v1

BUCHALTER, NEMER,
FIELDS & YOUNGER
ATTORNEYS AT LAW
SAN FRANCISCO

1

**ORDER - CASE NO. C 05-2084**