UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIBCO SOFTWARE, INC., a Delaware corporation, | ) ) ) | No. C-05-2084 SC |
| Plaintiff, | ) ) ) | ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| v. | ) ) | |
| TIBCO INDUSTRIAL, INC., | ) ) | |
| Defendant. | ) ) | |

    The Court ADOPTS the Report and Recommendation of Magistrate Judge Wayne D. Brazil, DENYING Plaintiff's request for entry of judgment by default.

    IT IS SO ORDERED.

    Dated: January 6, 2006

UNITED STATES DISTRICT JUDGE