BUCHALTER NEMER
A Professional Corporation
    David C. Powell (SBN: 129781)
    Richard C. Darwin (SBN: 161245)
333 Market Street, 25th Floor
San Francisco, CA 94105-2130
Telephone: (415) 227-0900 / Facsimile: (415) 227-0770

Attorneys for Plaintiff
TIBCO SOFTWARE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBCO SOFTWARE INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>TIBCO INDUSTRIAL, INC., a corporation of unknown origin,<br><br>    Defendant. | CASE NO. C 05-02084 SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**ORDER** |

**NOTICE IS HEREBY GIVEN** that pursuant to F.R.C.P. 41(a)(1), plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED: January 19, 2006

BUCHALTER NEMER
A Professional Corporation

By:     /S/
    RICHARD C. DARWIN
    Attorneys for Plaintiff

BN 762883v1

*IT IS SO ORDERED*
*Judge Samuel Conti*
*1/20/06*